UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00085-FDW-DCK

| | |
|---|---|
| RONALD PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| ) | |
| AMERICAN STRATEGIC INSURANCE ) | |
| CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court upon Defendant's Motion to Dismiss. (Doc. No. 2). For the reasons set forth below, Plaintiff Ronald Pierce is ORDERED to show cause why his Complaint against Defendant should not be dismissed for failure to prosecute.

Plaintiff initially filed this case in the Superior Court of Mecklenberg County. (Doc. No. 1-1). On February 22, 2016, Defendant removed to this Court on diversity grounds. (Doc. No. 1). On February 26, 2016, Defendant moved to dismiss Plaintiff's Complaint under a number of theories including: lack of standing; lack of cognizable claims; and insufficient factual pleading. (Doc. No. 2). As annotated on the electronic docket for this case, Plaintiff's response to Defendant's Motion was due no later than March 14, 2016. As of the date of this Order, Plaintiff has failed to respond in any way to Defendant's Motion, file an amended Complaint, or to request from the Court an extension of time in which to respond.

IT IS THEREFORE ORDERED that Plaintiff shall show cause for his failure to respond to Defendant's Motion to Dismiss (Doc. No. 2) no later than **Thursday, March 24, 2016**. Failure to comply with this Order may be deemed a waiver of Plaintiff's right to respond to Defendant's Motion and result in the Court granting Defendant its requested relief.

1

**IT IS SO ORDERED**.

Signed: March 21, 2016

Frank D. Whitney
Chief United States District Judge